UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                5:13cr18–WS/EMT

HECTOR HERNANDEZ,                  5:17cv152–WS/EMT

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 272) docketed February 11, 2020. The magistrate judge recommends that the defendant's amended motion to vacate, set aside, or correct sentence (ECF No. 260) be denied. Although he was granted an extension of time to file objections to the report and recommendation, the defendant has filed no such objections.

Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 272) is hereby ADOPTED and incorporated by reference into this order.

2. The defendant's amended § 2255 motion to vacate, set aside, or correct sentence (ECF No. 260) is DENIED.

3. A certificate of appealability is DENIED.

4. The clerk shall close Case No. 5:17cv152–WS/EMT.

5. The clerk shall enter judgment stating: "The defendant's amended § 2255 motion to vacate, set aside or correct sentence is DENIED.

DONE AND ORDERED this   1st   day of   June  , 2020.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE